## MOTION AND PROCEDURAL RULINGS

**2004–0594. Athens Cty. Auditor v. Wilkins.**
Board of Tax Appeals, No. 2002–A–1152. On request for oral argument. Request granted.
O'DONNELL, J., dissents.

**2005–0290. Hixson v. Callentine.**
Athens App. No. 04 CA 4, 2004-Ohio-5943. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 6 of the court of appeals' judgment entry filed January 14, 2005:

"Whether any language in the liability portion of an insurance policy restricting liability coverage carries over to restrict UM/UIM coverage that arises by operation of law when an 'insured', as defined by the automotive policy, is injured by an underinsured motorist."

MOYER, C.J., and RESNICK, J., dissent.

The conflict case is *Mason v. Royal Ins. Co. of Am.*, Stark App. No. 2003CA00029, 2003-Ohio-7047.

**2005–0354. Bartlett v. Jefferson Cty. Court of Common Pleas.**
Jefferson App. No. 04 JE 28, 2004-Ohio-7217. On motion for injunctive relief. Motion denied.

**2005–0385. State v. Kight.**
Athens App. No. 04 CA 2, 2005-Ohio-164. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., dissents.

**2005–0400. State v. Lather.**
Sandusky App. No. S–03–008, 2005-Ohio-668. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., and LANZINGER, J., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2004–2004. Tomasik v. Tomasik.**
Summit App. No. 21980, 2004-Ohio-5558.

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

**2004–2173. Campbell v. Ohio State Univ. Med. Ctr.**
Franklin App. No. 04AP–96, 2004-Ohio-6072. Discretionary appeal accepted on Proposition of Law II.

PFEIFER and O'DONNELL, JJ., dissent.